IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Ryan J. Long
                Debtor(s)

Lakeview Loan Servicing, LLC
                Movant
     vs.

Ryan J. Long
                Respondent(s)

Case No. 24-22525 CMB

Chapter 13

## NOTICE OF HEARING AND RESPONSE DEADLINE
## REGARDING MOTION OF Lakeview Loan Servicing, LLC FOR MOTION TO ALLOW A LATE PROOF OF CLAIM

TO THE RESPONDENT(S):

You are hereby notified that the Movant(s) seek(s) an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the Motion by no later than February 21, 2025 (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on March 12, 2025, at 1:30 PM. before Judge Carlota M. Böhm in Courtroom B, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service: February 5, 2025

Brent J. Lemon, Esquire
Attorney for Movant/Applicant
/s/ Brent J. Lemon
Signature
501 Market Street, Suite 5000, Philadelphia, PA 19152
Address
(412)-430-3594
Telephone Number
86478
Attorney I.D. No.