## PROCEEDING MEMO

**Date:** 03/12/2025 1:30 PM
**In re:** Ryan J. Long

**Bankruptcy No.** 24-22525-CMB
**Chapter:** 13
**Doc. #29**

**Appearances:** Kate DeSimone, Trustee
Brent J. Lemon, Esq.
Julie Steidl, Esq.

**Nature of Proceeding:** #29 Motion of Lakeview Loan Servicing, LLC, its Successors and/or Assigns to Allow Filing of Claim

- Hearing Held.

- Motion is Granted and Order is Entered.

Carlota Böhm
U.S. Bankruptcy Judge

FILED
3/12/25 4:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA