**PROCEEDING MEMO**

**Date:  04/23/2025 1:30 PM**

**In re: Ryan J. Long**

                                                                    **Bankruptcy No. 24-22525 CMB**
                                                                    **Chapter: 13**
                                                                    **Doc. #21**

  **Appearances: Julie Steidl, Esq.**
                       **Ronda J. Winnecour, Trustee**

**Nature of Proceeding: #21 Contested January 3, 2025 Plan**

    **- Hearing Held.**

    **- A payment has been made.**

    **- Trustee is willing to Continue with the Case, but an Amended Plan will be filed by Julie Steidl.**

    **- Trustee is Withdrawing the Objection.**

    **- Motion is Withdrawn.**

                                                   **Carlota M. Böhm**
                                                 **U.S. Bankruptcy Judge**

                                                          SIGNED
                                                          4/24/25 1:34 pm
                                                          CLERK
                                                          U.S. BANKRUPTCY
                                                          COURT - WDPA