**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| RYAN J. LONG | Case No.:24-22525 |
| Debtor(s) | |
| Ronda J. Winnecour | Document No.: |
| Movant | |
| vs. | |
| No Respondents. | |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/14/2024 and confirmed on 02/12/2025. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 6,320.00 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 6,315.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 547.41 | |
|   Trustee Fee | 379.20 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 926.61 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   US DEPARTMENT OF HUD** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5597 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 5,388.39 | 0.00 | 5,388.39 |
|     Acct: 4763 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 9,869.69 | 0.00 | 0.00 | 0.00 |
|     Acct: 4763 | | | | |
| | | | | 5,388.39 |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RYAN J. LONG | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RYAN J. LONG | 5.00 | 5.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG PC | 3,400.00 | 547.41 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG PC | 500.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 24-22525 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | | |
| | INTERNAL REVENUE SERVICE*<br>Acct: 2468 | 12,236.56 | 0.00 | 0.00 | 0.00 |
| | ***NONE*** | | | | |
| Unsecured | | | | | |
| | US DEPARTMENT OF EDUCATION<br>Acct: 2468 | 1,500.00 | 0.00 | 0.00 | 0.00 |
| | LVNV FUNDING LLC<br>Acct: 7399 | 970.75 | 0.00 | 0.00 | 0.00 |
| | PORTFOLIO RECOVERY ASSOCIATES LLC<br>Acct: 2148 | 711.18 | 0.00 | 0.00 | 0.00 |
| | JEFFERSON CAPITAL SYSTEMS LLC(*)<br>Acct: 6943 | 936.69 | 0.00 | 0.00 | 0.00 |
| | AFFIRM<br>Acct: N2XP | 0.00 | 0.00 | 0.00 | 0.00 |
| | AFFIRM<br>Acct: THDS | 0.00 | 0.00 | 0.00 | 0.00 |
| | AFFIRM<br>Acct: GJTZ | 0.00 | 0.00 | 0.00 | 0.00 |
| | AFFIRM<br>Acct: 9CIR | 0.00 | 0.00 | 0.00 | 0.00 |
| | AFFIRM<br>Acct: QJLB | 0.00 | 0.00 | 0.00 | 0.00 |
| | AFFIRM<br>Acct: U3CB | 0.00 | 0.00 | 0.00 | 0.00 |
| | AFFIRM<br>Acct: ZW6Q | 0.00 | 0.00 | 0.00 | 0.00 |
| | AFFIRM<br>Acct: AVMJ | 0.00 | 0.00 | 0.00 | 0.00 |
| | AFFIRM<br>Acct: ASXG | 0.00 | 0.00 | 0.00 | 0.00 |
| | AFFIRM<br>Acct: B2YO | 0.00 | 0.00 | 0.00 | 0.00 |
| | AFFIRM<br>Acct: 5MEB | 0.00 | 0.00 | 0.00 | 0.00 |
| | CAPITAL ONE BANK USA NA<br>Acct: 2933 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDIT ONE BANK<br>Acct: 7514 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDIT ONE BANK<br>Acct: 6730 | 0.00 | 0.00 | 0.00 | 0.00 |
| | DISCOVER BANK(*)<br>Acct: 1683 | 0.00 | 0.00 | 0.00 | 0.00 |
| | DISCOVER BANK(*)<br>Acct: 8008 | 0.00 | 0.00 | 0.00 | 0.00 |
| | US DEPARTMENT OF EDUCATION<br>Acct: 3171 | 0.00 | 0.00 | 0.00 | 0.00 |
| | US DEPARTMENT OF EDUCATION<br>Acct: 3071 | 0.00 | 0.00 | 0.00 | 0.00 |
| | SECOND ROUND SUB LLC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | INTERNAL REVENUE SERVICE*<br>Acct: 2468 | 9,669.21 | 0.00 | 0.00 | 0.00 |
| | KML LAW GROUP PC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDITOR INFORMATION MISSING OR V/<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDITOR INFORMATION MISSING OR V/<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| 24-22525 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| | * * * N O N E * * * | | | | |

| TOTAL PAID TO CREDITORS | | 5,388.39 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 12,236.56 | |
| SECURED | 9,869.69 | |
| UNSECURED | 13.787.83 | |

Date: 02/11/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com